# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** v. #1- Carlos Delgado-Sagaste; DOB: 1981; Mex. Citizen #2- Juan Martin Sainz-Zayas; DOB: 1965; Mex. Citizen #3- Joseph Michael Carpena; DOB: 1986; U.S. Citizen #4- Carlos Olivas-Chavez; DOB:1979; Mex. Citizen (over) | DOCKET NO. AUG 12 2010 MAGISTRATE'S CASE NO. 10-09829M |

Complaint for violation of Complaint for violation of Title 21 United States Code § 846

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning on or about December, 2009 and continuing to on or about August 11, 2010, the District of Arizona, Carlos **DELGADO**-Sagaste, Juan Martin **SAINZ**-Zayas, Joseph Michael **CARPENA**, Carlos **OLIVAS**-Chavez, Victor Manuel **DELGADO**-Espinoza, Alfredo **ALMODOVAR-Arellanes**, Juan Luis **SAUCEDA**-Apodaca, Julio Cesar **OLIVERA**, Martin **VASQUEZ**-Villa, and **Amalia GAMBOA** did knowingly and intentionally combine, conspire, confederate and agree with other persons to possess with intent to distribute 100 kilograms or more, but less than 1,000 kilograms of marijuana, that is, approximately 154 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii). All in violation of Title 21, United States Code, Section 846.

Beginning on or about December, 2009 and continuing to on or about August 11, 2010, in the District of Arizona, Carlos **DELGADO**-Sagaste, Joseph Michael **CARPENA**, Victor Manuel **DELGADO**-Espinoza, and Brian **Wade** did knowingly and intentionally combine, conspire, confederate and agree with other persons to possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately 5 ½ pounds of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii). All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 22, 2010, agents conducted surveillance of DELGADO-Sagaste and Joseph CARPENA as they sold approximately 1 pound of methamphetamine and 2 assault rifles. On July 30, 2010, DELGADO-Sagaste sold approximately 1 pound of methamphetamine and 2 rifles. On August 11, 2010, agents executed search warrants at multiple separate locations. At one residence agents arrested DELGADO-Sagaste, Carlos OLIVAS-Chavez (aka: Carlos GARCIA), Victor Manuel DELGADO-Espinoza, Juan Martin SAINZ-Zayas and Joseph CARPENA. During the search of this residence agents located approximately 2½ pounds of methamphetamine, 2 handguns and 1rifle. During a post- arrest interview of DELGADO-Sagaste, he admitted to selling marijuana on multiple occasions. DELGADO-Sagaste stated that he had conducted marijuana transactions including the purchase and delivery of the marijuana, which averaged approximately 60 pounds per week. When OLIVAS-Chavez was arrested he provided a fictitious name and date of birth to the arresting agents (Carlos GARCIA 05-05-79). During a post-arrest interview of OLIVAS-Chavez he admitted to acquiring and selling hundreds of pounds of marijuana, and being assisted by DELGADO-Sagaste. OLIVAS-Chavez stated he attempted to acquire 1,000 pounds of marijuana approximately two months prior to the search warrant, which was supposed to be delivered to Phoenix, Arizona. During a post arrest interview of DELGADO-Espinoza he admitted to assisting DELGADO-Sagaste with acquiring the methamphetamine which was located inside the residence. DELGADO-Espinoza also admitted to delivering thousands of dollars of narcotics proceeds to different individuals on behalf of DELGADO-Sagaste.
(over)

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| REQUEST DETENTION Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. Lacey/tgm AUTHORIZED BY: ASA | SIGNATURE OF COMPLAINANT (official title) OFFICIAL TITLE Special Agent Drug Enforcement Administration |
|---|---|
| Sworn to before me and subscribed in my presence. SIGNATURE OF MAGISTRATE JUDGE[1] | DATE August 12. 2010 |

**Defendants (cont'd):**

#5 -   Victor Manuel Delgado-Espinoza
       DOB: 1980;
#6 -   Brian Wade
       DOB: 1967; U.S. Citizen
#7 -   Alfredo Almodovar-Arellanes
       DOB: 1988; Mex. Citizen
#8 -   Juan Luis Sauceda-Apodaca
       DOB: 1988; Mex. Citizen
#9 -   Julio Cesar Olivera
       DOB: 1981; Mex. Citizen
#10-   Martin Vasquez-Villa
       DOB: 1967; Mex. Citizen
#11-   Amalia Gamboa
       DOB: 1982; U.S. Citizen

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED (cont'd):

SAINZ-Zayas admitted that he has assisted with the protection of stash houses, received marijuana loads and delivered marijuana on behalf of DELGADO-Sagaste and his associates. During a post-arrest interview of CARPENA, he admitted to delivering marijuana loads on behalf of DELGADO-Sagaste and OLIVAS-Chavez on approximately 8-10 different occasions. CARPENA stated the marijuana loads averaged 60 pounds per load.

On April 11, 2010, a search warrant was executed at the residence of Brian Keith WADE. During a search of the residence agents located approximately 1 pound of methamphetamine, a .25 caliber handgun and a shotgun. During a post-arrest interview of WADE, he admitted to purchasing the 1pound of methamphetamine from DELGADO-Sagaste. WADE also admitted that he had purchased 5-10 pounds of methamphetamine from DELGADO-Sagaste over the past 12 months.

On August 11, 2010, a search warrant was executed at a stash house which is known to be associated with DELGADO-Sagaste. During the search of the residence, agents located approximately 200 pounds of marijuana and numerous handguns and rifles. Agents also arrested Alfredo ALMODOVAR-Arellanes, Juan Luis SAUCEDA-Apodaca, Julio CESAR-Olivera and Martin VASQUEZ at the residence. During a post-arrest interview of ALMODOVAR-Arellanes, SAUCEDA-Apodaca, and CESAR-Olivera they all admitted to entering the United States illegally on August 10, 2010 carrying backpacks containing marijuana. All three subjects stated that they were going to be paid approximately $1,200.00 each for delivering the marijuana. According to ALMOVODAR-Arellanes, SAUCEDA-Apodaca and CESAR-Olivera, VASQUEZ-Villa traveled with them from Mexico to the stash house location. Both SAINZ-Zayas and OLIVAS-Chavez identified VASQUEZ-Villa as a stash house operator who is known as "Godines." Agents located 4 handguns and 3 rifles inside the stash house controlled by VASQUEZ-Villa.

On August 11, 2010, agents also executed a search warrant at a residence occupied by Amalia GAMBOA and Simon GAMBOA. During the search of the residence, agents located 3 bundles of marijuana with an approximate weight of 32 pounds. Agents also located numerous rifles at the residence. During a post-arrest interview of Amalia GAMBOA, she admitted to picking up narcotics proceeds on behalf of her brother, Juan Gabriel GAMBOA. Amalia GAMBOA stated that she was paid $100-$200 for each occasion she picked up the narcotics proceeds.