**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-10-02376-001-TUC-DCB (BPV) |
| Plaintiff, | **ORDER** |
| v. | |
| Juan Carlos Delgado-Sagaste, | |
| Defendant. | |

On October 29, 2018, Defendant filed a Motion for Modification of his term of imprisonment pursuant to 18 U.S.C. Sec. 3582(2). He has previously sought this modification and the Court has denied it. *See* Order (Doc. 732) (finding Amendment 782 does not provide for further reduction of sentence to accommodate variance previously granted by this Court).[1]

**Accordingly,**

**IT IS ORDERED** that the Motion for Modification (Doc. 749) is DENIED.

Dated this 14th day of December, 2018.

Honorable David C. Bury
United States District Judge

---

[1] Plaintiff cites to *Hughes v. United States,* 138 S.Ct. 1040 (2018), which the Court assumes is a cite to *Hughes,* 138 S.Ct. 1765 (2018). *Hughes* held that Amendment 782 applies equally to Type-C plea agreements specifying an exact sentence if the Court considered and based it on the defendant's guideline range. This holding is not relevant to this Court's prior denial of modification based on Amendment 782.